## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CHG US Holdings LLC, *et al.*, | Case No. 25-10851 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Obj. Deadline: July 28, 2025 at 4:00 p.m. (ET)** |

**SECOND MONTHLY APPLICATION OF PASHMAN
STEIN WALDER HAYDEN, P.C. AS COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF
MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT
OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE
PERIOD JUNE 1, 2025, THROUGH AND INCLUDING JUNE 30, 2025**

| | |
|---|---|
| Name of Applicant: | PASHMAN STEIN WALDER HAYDEN, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 5, 2025 *nunc pro tunc* to May 12, 2025 |
| Monthly Period for which Compensation and reimbursement is sought: | June 1, 2025 through June 30, 2025 |
| Amount of Monthly compensation sought as actual, reasonable and necessary: | $220,892.80 (80% of $276,116.00[2]) |
| Amount of Monthly reimbursement sought as actual, reasonable and necessary: | $271.44 |

This is a __x__ monthly__ final application

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are as follows CHG US Holdings LLC (9685); PLANTA Bethesda LLC (5177); PLANTA Brooklyn LLC (4261); PLANTA SOHO LLC (5947); PLANTA Nomad LLC (2226); PLANTA DC LLC (7448); PLANTA P Street LLC (2713); PLANTA KROG LLC (6124); PLANTA Denver  LLC (1868); PLANTA WEHO LLC (2741); Planta West Palm Beach LLC (1752); PLANTA Miami Beach LLC (6454); PLANTA River North LLC (5587); PLANTA CocoWalk GP LLC (5347); PLANTA FLL LLC (6245); PLANTA Buckhead LLC (6467); PLANTA Brentwood LLC (7390); and PLANTA Marina LLC (6511). The Debtors' mailing address is 3015 Grand Avenue, Suite 201, Coconut Grove, FL 33133.

[2] This amount includes a voluntary reduction of fees in the amount of $5,500.50.

The total time expended for the fee application preparation is approximately 6.20 hours and the corresponding compensation requested is approximately $3,196.00.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 06/10/2025 D.I. 189 | 05/12/2025-05/31/2025 | $343,799.00/$32,720.53 | $275,039.20/$32,720.53 |
| | | | |
| | | | |

**MONTHLY COMPENSATION BY PROFESSIONAL**
CHG US Holdings LLC, *et al.*,
Case No. 25-10851 (MFW)
June 1, 2025 through June 30, 2025

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Leah M. Eisenberg | Partner/Bankruptcy. Joined the firm as a partner in 2024. Member of the NJ Bar since 2001. Member of the NY Bar since 2001. | $935.00 | 52.20 | $48,807.00 |
| Samuel J. Samaro | Partner/Employment & Labor. Joined the firm as a partner in 1997. Member of the NJ Bar since 1988. | $880.00 | 2.90 | $2,552.00 |
| Joseph C. Barsalona II | Partner /Bankruptcy. Joined the firm as a partner in 2022. Member of the NJ Bar since 2012. Member of the NY Bar since 2013. Member of the DE Bar since 2015. | $695.00 | 92.80 | $64,496.00 |
| Michael Custer | Counsel/Bankruptcy. Joined the firm as a counsel in 2025. Member of the DE Bar since 2006. | $650.00 | 100.30 | $65,195.00 |
| Samantha T. Alexander | Partner/Corporate. Joined the firm as an associate in 2021. Counsel in 2024. Member of the NJ Bar since 2015. Member of the NY Bar since 2015. | $595.00 | 8.60 | $5,117.00 |
| David E. Sklar | Associate/Bankruptcy. Joined the firm as an associate in 2024. Member of the NJ Bar since 2013. Member of the NY Bar since 2014. | $545.00 | 16.30 | $8,883.50 |
| Amy M. Oden | Associate/Bankruptcy. Joined the firm as an associate in 2024. Member of the NY Bar since 2016. | $545.00 | 3.30 | $1,798.50 |
| Alexis R. Gambale | Associate/Bankruptcy. Joined the firm as an associate in 2024. Member of the DE Bar since 2023. Member of the PA Bar since 2022. Member of the NJ Bar since 2021. | $485.00 | 0.10 | $48.50 |
| Katherine R. Beilin | Associate/Bankruptcy. Joined the firm as an associate in 2022. Member of the NJ Bar since 2021. | $485.00 | 91.70 | $44,474.50 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Leslie Salcedo | Paralegal | $430.00 | 80.80 | $34,744.00 |
| Total | | | 449.00 | $276,116.00[3] |
| GRAND TOTAL: $276,116.00 | | | | |
| BLENDED RATE: $614.96 | | | | |
| ATTORNEY BLENDED RATE: $655.55 | | | | |

## MONTHLY COMPENSATION BY PROJECT CATEGORY

CHG US Holdings LLC, *et al.*,
Case No. 25-10851 (MFW)
June 1, 2025 through June 30, 2025

| Category Description | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 10.80 | $5,449.00 |
| Asset Disposition | 173.30 | $106,470.50 |
| Relief from the Automatic Stay/Adequate Protection Proceedings | 0.40 | $273.50 |
| Meetings of and Communications with Creditors | 47.60 | $26,234.00 |
| Fee/Employment Applications | 53.20 | $26,173.50 |
| Assumption/Rejection of Leases and Contracts | 22.30 | $12,414.00 |
| Business Operations | 13.30 | $7,362.00 |
| Employee Benefits/Pensions | 10.50 | $6,657.00 |
| Financing/Cash Collections | 48.70 | $35,020.00 |
| Tax Issues | 2.30 | $1,513.00 |
| Board of Directors Matters | 7.20 | $5,313.00 |
| Claims Administration and Objections | 0.40 | $251.50 |
| General Bankruptcy Advice/Opinions | 70.80 | $42,985.00 |
| TOTAL | 449.00 | $276,116.00 |

---

[3] This amount includes a voluntary reduction of fees in the amount of $5,500.50. The voluntary reduction will be reflected in the time detail where the amount billed is $0.00.

**MONTHLY EXPENSE SUMMARY**
CHG US Holdings LLC, *et al.*,
Case No. 25-10851 (MFW)
June 1, 2025 through June 30, 2025

| Expense Category | Total Expenses |
|---|---|
| Delivery services/messengers | $20.94 |
| Court Fees | $250.50 |
| **TOTAL** | **$ 271.44** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CHG US Holdings LLC, *et al.*, | Case No. 25-10851 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Obj. Deadline: July 28, 2025 at 4:00 p.m. (ET)** |

## SECOND MONTHLY APPLICATION OF PASHMAN STEIN WALDER HAYDEN, P.C. AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE <u>PERIOD JUNE 1, 2025, THROUGH AND INCLUDING JUNE 30, 2025</u>

Pashman Stein Walder Hayden, P.C. ("Pashman"), bankruptcy counsel to the debtor and debtor in possession (the "Debtors"), submits this application (the "Application") for monthly allowance of compensation for professional services rendered by Pashman to the Debtors for the period June 1, 2025, through June 30, 2025 (the "Application Period") reimbursement of actual and necessary expenses incurred by Pashman during the Application Period pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are as follows CHG US Holdings LLC (9685); PLANTA Bethesda LLC (5177); PLANTA Brooklyn LLC (4261); PLANTA SOHO LLC (5947); PLANTA Nomad LLC (2226); PLANTA DC LLC (7448); PLANTA P Street LLC (2713); PLANTA KROG LLC (6124); PLANTA Denver  LLC (1868); PLANTA WEHO LLC (2741); Planta West Palm Beach LLC (1752); PLANTA Miami Beach LLC (6454); PLANTA River North LLC (5587); PLANTA CocoWalk GP LLC (5347); PLANTA FLL LLC (6245); PLANTA Buckhead LLC (6467); PLANTA Brentwood LLC (7390); and PLANTA Marina LLC (6511). The Debtors' mailing address is 850 Commerce Street, Miami Beach, FL 33139.

for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 154] (the "Interim Compensation Procedures Order").[2]  In support of this Application, Pashman represents as follows:

## JURISDICTION

1.        The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and the Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.        On May 12, 2025 (the "Petition Date"), the Debtors commenced the above-captioned cases (the "Chapter 11 Cases") by filing voluntary petitions (the "Petitions") for relief under Chapter 11 of the Bankruptcy Code in this Court.  The Debtors are operating their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.        On May 23, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code.

4.        Additional detail regarding the Debtors, the events leading to commencement of these Chapter 11 Cases, and the facts and circumstances supporting the relief requested herein is

---

[2]        Captialized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Procedures Order.

set forth in the *Declaration of Steven Salm in Support of Petitions and First Day Relief* [D.I. 13] (the "First Day Declaration") and is incorporated herein by reference.

## PASHMAN'S RETENTION

5. Prior to the Petition Date, the Debtors engaged Pashman as bankruptcy counsel in connection with these Chapter 11 Cases. On May 6, 2025, this Court entered the *Order Under Sections 327(a), 328(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date* [D.I. 59].

## FEE PROCEDURES ORDER

6. On June 5, 2025, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these Chapter 11 Cases.

7. In particular, the Interim Compensation Procedures Order provides that a professional may file and serve a Monthly Fee Application with the Court each month following the month or months for which compensation is sought. Provided that there are no objections to such Monthly Fee Application filed within twenty-one (21) business days after the service of a Monthly Fee Application, the professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such professional eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in such Monthly Fee Application. If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection.

## RELIEF REQUESTED

8.      Pashman submits this Application for (a) allowance of reasonable compensation for the actual, reasonable and necessary professional services that it has rendered as bankruptcy counsel for the Debtors in these Chapter 11 Cases for the period from June 1, 2025, through June 30, 2025 and (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Debtors during the same period.

9.      During the period covered by this Application, Pashman incurred fees in the amount of $276,116.00[3].  For the same period, Pashman incurred actual, reasonable and necessary expenses totaling $271.44.  With respect to these amounts, as of the date of this Application, Pashman has received no payments.  Pashman's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in other cases under Title 11.

10.      Set forth in the foregoing "Compensation Detail" is a summary of the time expended by timekeepers billing time to these Chapter 11 Cases.

11.      **Exhibit A** attached hereto contains logs which show the time recorded by professionals, paraprofessionals and other support staff and descriptions of the services provided.

12.      Pashman does not charge for outgoing domestic facsimiles and does not charge for incoming facsimiles.

13.      In accordance with Local Rule 2016-1, Pashman has reduced its request for compensation for non-working travel, if any, to fifty percent (50%) of its normal rate.

14.      Pashman has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support

---

[3] This amount includes a voluntary reduction of fees in the amount of $5,500.50.

staff at Pashman so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter. Moreover, Pashman has endeavored to coordinate with the other professionals involved in these Chapter 11 Cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtor. We believe we have been successful in this regard.

15.    No agreement or understanding exists between Pashman and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these Chapter 11 Cases.

16.    The undersigned has reviewed the requirements of Local Rule 2016-1 and certifies, to the best of the undersigned's information, knowledge and belief, that this Application complies with that Rule.

**WHEREFORE**, Pashman respectfully requests that this Court: (a) allow Pashman (i) monthly compensation in the amount of $276,116.00[4] for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period June 1, 2025 through June 30, 2025, and (ii) monthly reimbursement in the amount of $271.44 for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to Pashman the amount of $221,164.24 (which is equal to the sum of eighty percent (80%) of Pashman's allowed monthly compensation ($220,892.80) and one hundred percent (100%) of Pashman's allowed expense reimbursement ($271.44)); and (c) grant such other and further relief as is just and proper.

---

[4] This amount includes a voluntary reduction of fees in the amount of $5,500.50.

Dated: July 7, 2025
      Wilmington, Delaware

**PASHMAN STEIN WALDER
HAYDEN, P.C.**

  */s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
Michael J. Custer (No. 4843)
824 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com
      mcuster@pashmanstein.com

-and-

Katherine R. Beilin (admitted *pro hac vice*)
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Email: kbeilin@pashmanstein.com

*Counsel to the Debtors and
Debtors in Possession*