**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHG US Holdings LLC, *et al.*, | Case No. 25-10851 (MFW) |
| Debtors.[1] | Jointly Administered |

**DEBTORS' FINAL REPORT PURSUANT TO
BANKRUPTCY RULE 1019(e)(1)(B)**

**PLEASE TAKE NOTICE** that on March 9, 2026, the United States Bankruptcy Court for the District of Delaware (the "Court") entered *its Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (III) Granting Related Relief* [D.I. 802] (the "Conversion Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Conversion Order, the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors") were converted to cases under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, effective as of March 9, 2026 (the "Conversion Date").

---

[1]   The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number are as follows: CHG US Holdings LLC (9685); PLANTA Bethesda LLC (5177); PLANTA Brooklyn LLC (4261); PLANTA SOHO LLC (5947); PLANTA Nomad LLC (2226); PLANTA DC LLC (7448); PLANTA P Street LLC (2713); PLANTA KROG LLC (6124); PLANTA Denver  LLC (1868); PLANTA WEHO LLC (2741); Planta West Palm Beach LLC (1752); PLANTA Miami Beach LLC (6454); PLANTA River North LLC (5587); PLANTA CocoWalk GP LLC (5347); PLANTA FLL LLC (6245); PLANTA Buckhead LLC (6467); PLANTA Brentwood LLC (3191); and PLANTA Marina LLC (6511). The Debtors' mailing address is CHG US Holdings LLC et al. Attn: Wen Rittsteuer, 200 W. Madison Street, Suite 1000, Chicago, IL 60606.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1019(e) of the Federal Rules of Bankruptcy Procedure and the Conversion Order, the Debtors' final report and account follows:

**I.    Cash and Bank Accounts**

- As of the Conversion Date, the Debtors had $185,634.35 in cash on hand. Of that cash on hand, $19,739.46 is earmarked to pay United States Trustee Fees pursuant to the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507 (I) Authorizing the Debtors to Obtain Secured Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 188].

- The Debtor has one bank account that remains open at Synovus Bank. The remaining cash balance is $1,540.36.

- The Debtors sold any other cash in their bank accounts pursuant to the Asset Purchase Agreement (the "APA") between the Debtors and Anchorage Illiquid Opportunities Master VI (B), LP (the "Buyer") attached as Exhibit 1 to the *Order (I) Approving Asset Purchase Agreement Among the Debtors and the Buyer, (II) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* [D.I. 408] (the "Sale Order"), entered by the Court on August 1, 2025.

**II.    Accounts Receivable**

- As of the Conversion Date, there were no accounts receivable remaining with the Debtors, as the Buyer acquired all accounts receivable under the APA.

**III.    Accounts Payable**

- On March 23, 2026, the Debtors filed the *Notice of Filing of Schedule of Unpaid Debts* [D.I. 844] (the "Unpaid Debts Report") which describes the unpaid debts incurred by the Debtors in their chapter 11 cases to the best of their ability with the information that was available to them at the time of filing the Unpaid Debts Report.

**IV.    Date that Matrices of Unpaid Creditors During the Chapter 11 Cases were Filed**

- As set forth above, on March 23, 2026, the Debtors filed the Unpaid Debts Report.

**V.  Original Chapter 11 Assets**

- All of the Debtors' assets as of the Petition Date are set forth on the Debtors' Schedules of Assets and Liabilities, which were filed in the chapter 11 cases on July 9, 2025 [D.I. 298-299].

- On August 1, 2025, the Court entered the Sale Order approving the sale of substantially all of the Debtors' assets.

- On August 1, 2025, the Court entered the *Order (I) Approving that Certain Lease Termination Agreement Between Planta FLL LLC and ELO Investments 2, LLC; (II) Authorizing and Approving the Terms and Provisions, Including the Termination of the Lease, Thereunder; and (III) Granting Related Relief* [D.I. 403], authorizing the landlord of one of the Debtors to purchase a lease through an agreement with the Debtor tenant.

- On August 4, 2025, the Court entered the *Order Approving Sale of Liquor License* [D.I. 414], approving sale of a liquor license held by one of the Debtors to a third-party purchaser.

**VI.  New Chapter 11 Assets**

- The Debtors did not acquire any new assets during the chapter 11 cases.

Dated: April 8, 2026
      Wilmington, Delaware

Respectfully submitted,

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Michael J. Custer*
Joseph C. Barsalona II (No. 6102)
Michael J. Custer (No. 4843)
824 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com
      mcuster@pashmanstein.com

-and-

Katherine R. Beilin (admitted *pro hac vice*)
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Email: kbeilin@pashmanstein.com

*Counsel to the Debtors and*
*Debtors in Possession*